IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRIAN BARNETT**                                                        **PLAINTIFF**

**VS.**                       **CASE NO.4:11CV00753 JMM**

**CITY OF ARKANSAS**                                       **DEFENDANT**

**ORDER**

Plaintiff's unopposed Motion for Voluntary NonSuit is granted (#11). The complaint is dismissed without prejudice. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED THIS  19  day of  April  2012.

                                                          _____
                                                          James M. Moody
                                                          United States District Judge